# IN UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA    )
                          )
        vs                   )          Case No.  3:07PO172
                          )
                          )

IRA T. TRAVIS

---

## ORDER TERMINATING PROBATION

---

The above named was placed on probation on <u>November 28, 2012</u> for a period of <u>one (1) year</u>.

Based on the recommendation of the U.S. Probation Officer and for good cause shown it is hereby

ordered that the defendant is discharged from probation supervision.

Dated this ___15th___ day of ___May___, __2013__

Michael R. Merz
United States Magistrate Court Judge